# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PATRICIA PISONI

        Plaintiff(s)

v.

TARGET CORPORATION,

        Defendant(s)

CASE No C16-02995-KAW

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you __must__ file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.*)

☒ other requested deadline: February 1, 2017

Date: 9/27/16

/s/ Edward M. Mastrangelo
Attorney for Plaintiff

Date: 9/27/16

/s/ Gail C. Trabish
Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 9/28/16

_Kandis Westmore_
U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

> *Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 7-2016*