**EDWARD M. MASTRANGELO, ESQ. (SBN 83720)**
**NICHOLAS J. MASTRANGELO, ESQ. (SBN 160495)**
**MASTRANGELO LAW OFFICES**
2 Theatre Square, Suite 234
Orinda, CA 94563 - 3346
Telephone:  (925) 258-0500
Facsimile:  (925) 258-0550
ed@mlolawyer.com
nick@mlolawyer.com

Attorneys for Plaintiff
PATRICIA PISONI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA PISONI, | Case No.: C16-02995-KAW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |
| vs. | |
| TARGET CORPORATION, et al., | [Contra Costa Sup. Ct. No. C16-00474] |
| Defendants. | Complaint Filed: 3/15/16 |

THE PARTIES HEREBY STIPULATE by and through their respective counsel, pursuant to Civil L.R. 7, to extend the deadline for conducting mediation in this matter to March 31, 2017.

Good cause exists for extending the mediation deadline as an essential deposition of Plaintiff's surgeon Dr. Ramiro Miranda concerning the causal connection of Plaintiff's knee replacement to the subject accident is currently on calendar for January 18, 2017. This deposition will be necessary before the case can be mediated and the date of January 18, 2017 is the earliest date the doctor is available.  Plaintiff's counsel is set for trial in the matter of DeMuynck v. BARTD, et al. on January 23, 2017 and is unavailable for mediation until after February 1, 2017.

A new mediation date has yet to be set.  The mediator, William F. Murphy, has agreed to

1  set a new date upon the granting of this motion.

2         This Stipulation may be signed in counterparts.

4  Dated: December 28, 2016         By:    */s/ Edward M. Mastrangelo*
                                           EDWARD MASTRANGELO, ESQ.
5                                          Attorney for Plaintiff
                                           PATRICIA PISONI

7  Dated: December 28, 2016         By:    */s/ Gail C. Trabish, Esq.*
                                           GAIL C. TRABISH, ESQ.
8                                          Attorney for Defendant
                                           TARGET CORPORATION

**EDWARD M. MASTRANGELO, ESQ. (SBN 83720)**
**NICHOLAS J. MASTRANGELO, ESQ. (SBN 160495)**
**MASTRANGELO LAW OFFICES**
2 Theatre Square, Suite 234
Orinda, CA 94563 - 3346
Telephone: (925) 258-0500
Facsimile: (925) 258-0550
ed@mlolawyer.com
nick@mlolawyer.com

Attorneys for Plaintiff
PATRICIA PISONI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA PISONI, | Case No.: C16-02995-KAW |
| Plaintiff, | [Proposed] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION |
| vs. | |
| TARGET CORPORATION, et al., | [Contra Costa Sup. Ct. No. C16-00474] |
| Defendants. | Complaint Filed: 3/15/16 |

The parties' Stipulation is adopted and IT IS SO ORDERED that the deadline for Mediation in this matter be extended to March 31, 2017.

Dated: 1/4/17

*Kandis Westmore*
KANDIS A. WESTMORE
Magistrate Judge

**TITLE** *Pisoni v. Target Corporation, et al.* **C16-02995-KAW** — 1