EDWARD M. MASTRANGELO, ESQ.(83720)
MASTRANGELO LAW OFFICES
Two Theatre Square, Suite 234
Orinda, CA 94563
Telephone: (925) 258-0500
Facsimile: (925) 254-0550
em@mastrangelolawoffices.com

Attorneys for Plaintiff
PATRICIA PISONI

GAIL C. TRABISH, ESQ. (103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
gtrabish@bjg.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA PISONI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and Does 1-20,<br><br>　　　　　Defendants. | Case No. C16-cv-02995-KAW<br><br>**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS**<br><br>[Contra Costa Sup. Ct. No. C16-00474]<br><br>Complaint Filed: 3/15/16 |

　　　IT IS HEREBY STIPULATED by and between Plaintiff PATRICIA PISONI and Defendant TARGET CORPORATION through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear its own costs.

　　　///

-1-

**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS– Case No. C-16-cv-02995-KAW**

DATED: 2/28/17

MASTRANGELO LAW OFFICES

By: _____
EDWARD M. MASTRANGELO, ESQ.
Attorney for Plaintiff
PATRICIA PISONI

DATED: 2/27/17

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ *Gail C. Trabish*
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

IT IS SO ORDERED.

DATED: 3/3/17

By: _____
UNITED STATES MAGISTRATE JUDGE
KANDIS A. WESTMORE

27841\748698

-2-

**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE, EACH PARTY TO
BEAR ITS OWN COSTS**– Case No. C-16-cv-02995-KAW